**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> CANESHA J J PATTERSON GATES <br><br> Debtor(s) | Case No. 14-20102 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2014.

2) The plan was confirmed on 10/01/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/12/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was discharged under U.S.C. § 1328(b) on 08/03/2017.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,961.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,600.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$9,600.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,172.07 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $413.92 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,585.99**

Attorney fees paid and disclosed by debtor:    $55.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 45.11 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 277.18 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 119.08 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,253.08 | 1,253.08 | 1,253.08 | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 136.77 | 136.77 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 64,147.16 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 105,642.19 | 0.00 | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 118.69 | NA | NA | 0.00 | 0.00 |
| Calumet City Fire Department | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 130.51 | NA | NA | 0.00 | 0.00 |
| Christian Community Health Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Christie Clinic Pathology LLC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 644.00 | 732.00 | 732.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 554.66 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 204.57 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 566.75 | NA | NA | 0.00 | 0.00 |
| DELBERT SERVICES CORP | Unsecured | 1,351.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 57,285.00 | 20,678.26 | 20,678.26 | 0.00 | 0.00 |
| Family Dental Care of Calumet City | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 368.26 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance, Inc | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Franiscan St. Margaret Health Hammond | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| GARY A SMILEY | Unsecured | 118.69 | NA | NA | 0.00 | 0.00 |
| Global Vacation Network | Unsecured | 1,544.00 | NA | NA | 0.00 | 0.00 |
| Hanger Orthopedic Group Inc | Unsecured | 60.37 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 119.08 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 568.00 | 568.60 | 568.60 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INGALLS MEMORIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 126.95 | 357.46 | 357.46 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 130.51 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 12,792.72 | 12,792.72 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 341.00 | 340.68 | 340.68 | 0.00 | 0.00 |
| Minuteclinic Diagnostic of Illinois | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Minuteclinic Diagnostic of Illinois | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Minuteclinic Diagnostic of Illinois | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 44,504.84 | 44,504.84 | 0.00 | 0.00 |
| Neil Blumenthal D.D.S M.S P.C | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,093.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Associates PC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,302.00 | 1,302.28 | 1,302.28 | 0.00 | 0.00 |
| Presence Covenant Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PRONGER SMITH | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Provena Covenant Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| QC Fianncial Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 10,898.00 | 0.00 | 11,448.51 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Priority | NA | 520.00 | 520.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 9,100.00 | 20,548.51 | 9,100.00 | 5,420.00 | 594.01 |
| ROBERT J ADAMS & ASSOC | Priority | 3,906.00 | NA | NA | 0.00 | 0.00 |
| SKYLIGHT | Unsecured | 202.46 | NA | NA | 0.00 | 0.00 |
| St. Margaret Mercy | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Suburbaban Oral Surg Implant Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Surgical Care Assocaites | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Surgical Care Associates LTD | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 119.08 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medical Center | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago, Medical Center | Unsecured | 965.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 688.47 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED DIRECT LOAN PYMT | Unsecured | NA | 48,984.72 | 48,984.72 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,100.00 | $5,420.00 | $594.01 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,100.00** | **$5,420.00** | **$594.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $520.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$520.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$143,099.92** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,585.99 |
| Disbursements to Creditors | $6,014.01 |
| **TOTAL DISBURSEMENTS:** | **$9,600.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2017         By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**